# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK F. PAUL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN CUBIBURU, et al.,<br><br>　　　　Defendants. | Case No.  1:13-cv-00765-AWI-SAB<br><br>ORDER VACATING HEARING ON MOTIONS TO REMAND |

　　　On June 5, 2013, Plaintiff Roderick F. Paul filed a motion to remand this action back to state court. (ECF No. 8.)  On June 7, 2013, Defendants Ryan Sweeney, Matt Brown and Excel Livestock, LLC filed a separate motion to remand. (ECF No. 19.)  On July 9, 2013, Third Party Defendant Parker Ranch, Inc. filed a joinder to the motions to remand. (ECF No. 23.)

　　　The motions to remand were referred to the undersigned for findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(B).  The motions to remand are scheduled to be heard on July 24, 2013 at 9:30 a.m. in Courtroom 9 (SAB) before United States Magistrate Judge Stanley A. Boone.  Accordingly, pursuant to Local Rule 230(c), any opposition to the motions to remand was due on July 10, 2013.  To date, no party filed an opposition.  Accordingly, per Local Rule 230(c), no party is entitled to be heard in opposition to the motions to remand.

/ / /

1

1    Pursuant to Local Rule 230(g), the Court finds that this matter is appropriate for decision without oral argument.  The matter is deemed submitted on the record and briefs on file. Accordingly,

    IT IS HEREBY ORDERED that the hearing on the motions to remand scheduled for July 24, 2013 at 9:30 a.m. in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone is VACATED and the parties shall not be required to appear at that time.

IT IS SO ORDERED.

Dated:   **July 12, 2013**

UNITED STATES MAGISTRATE JUDGE