# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK F. PAUL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN CUBIBURU, et al.,<br><br>　　　　Defendants. | Case No.  1:13-cv-00765-AWI-SAB<br><br>ORDER RE: DECLARATION OF PAUL A. ROVELLA<br><br>ECF NO. 27 |

　　On July 23, 2013, the Court ordered Plaintiff Roderick F. Paul ("Plaintiff") to submit evidence pertaining to the expenses he incurred as a result of removal in this action.  (ECF No. 26.)  On July 24, 2013, Plaintiff submitted a Declaration of Paul A. Rovella evidencing Plaintiff's expenses.  (ECF No. 27.)

　　To the extent that any party has any objection to the accounting submitted by Plaintiff, it is HEREBY ORDERED that such objections must be filed within fourteen (14) days of the date of this order.

IT IS SO ORDERED.

Dated:  **July 24, 2013**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1