# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK F. PAUL,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN CUBIBURU, et al.,<br><br>    Defendants. | Case No.  1:13-cv-00765-AWI-SAB<br><br>ORDER PARTIALLY ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>ECF NO. 26 |

On July 23, 2013, the magistrate judge assigned to this action issued a Findings and Recommendations recommending that this action be remanded to state court.  (ECF No. 26.) The Findings and Recommendations ("F&R") were served on all parties and contained notice that any objections were to be filed within fourteen (14) days.  On August 1, 2013, Defendants Ryan Sweeney, Matt Brown and Excel Livestock, LLC filed objections to the Findings and Recommendations.  (ECF No. 31.)  On August 5, 2013, Defendant John Cubiburu filed objections. (ECF No. 33.)  On August 7, 2013, Plaintiff filed an objection to evidence submitted by Defendants.  (ECF No. 34).

Neither Sweeney/Brown/Excel nor Cubiburu object to the portion of the F&R that recommends this action be remanded to state court.  However, Sweeney, Brown and Excel object to the Magistrate Judge's recommendation that their request for reimbursement of costs associated with removal be denied.[1]  Sweeney, Brown and Excel contend that their request for costs should have been granted because their motion to remand was not untimely.  Although the

---

[1] The Findings and Recommendations recommended that costs be awarded in favor of Plaintiff Roderick F. Paul but that Brown/Excel/Sweeney's costs be denied because Brown/Excel/Sweeney's motion to remand was untimely filed.

1

1  Magistrate Judge found that the Sweeney, Brown and Excel motion to remand was untimely
2  because it was filed more than thirty days after the notice of removal was filed, Sweeney, Brown
3  and Excel contend that they were entitled to additional time because they were not properly
4  served with the notice of removal.  These arguments were not presented to the Magistrate Judge
5  at the time the F&R was issued.

6        Cubiburu objects to the accounting provided by Plaintiff Roderick F. Paul regarding his
7  costs.  Cubiburu contends that Plaintiff's evidence in support of his costs are based upon
8  misrepresentations regarding the costs and fees expended to prepare their motion to remand.
9  These arguments were also not presented to the Magistrate Judge at the time the F&R was
10  issued.

11        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted
12  a de novo review of the case.  Having carefully reviewed the entire file, the Court finds that the
13  F&R should be adopted in part.  The Court will adopt the recommendation to remand this action.
14  However, because the parties have presented new arguments that were not presented to the Court
15  at the time the F&R was issued, the Court will not adopt the recommendations pertaining to the
16  award of costs in favor of Plaintiff and the denial of Sweeney, Brown and Excel's request for
17  costs.  Instead, the Court will retain jurisdiction over the issue of costs, see Moore v. Permanente
18  Med. Grp., Inc., 981 F.2d 443, 445 (9th Cir. 1992), and refer the matter back to the Magistrate
19  Judge in order to determine whether an award of costs is appropriate with respect to Defendants
20  Ryan Sweeney, Matt Brown and Excel Livestock, LLC and to determine the appropriate amount
21  of costs to award in favor of Plaintiff Roderick F. Paul.

23        Accordingly, it is HEREBY ORDERED that:
24      1.    The Findings and Recommendations dated July 23, 2013 are ADOPTED IN
25         PART;
26      2.    The motions to remand are PARTIALLY GRANTED (ECF Nos. 8, 14, 19, 23);
27      3.    This action is REMANDED forthwith to the Superior Court of California for the
28         County of San Benito;

4. This action shall remain open for the sole purpose of determining the amount of costs and fees to award in favor of Plaintiff Roderick F. Paul, whether Defendants Ryan Sweeney, Matt Brown and Excel Livestock, LLC's request for costs and fees should be granted and if so, what amount to award;

5. The costs and fees matter is REFERRED back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   September 9, 2013

SENIOR DISTRICT JUDGE