# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK F. PAUL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN CUBIBURU, et al.,<br><br>　　　　Defendants. | Case No. 1:13-cv-00765-AWI-SAB<br><br>ORDER SETTING HEARING RE: COSTS<br><br>October 2, 2013 at 10:00 a.m. in Courtroom 9 (SAB) |

On September 11, 2013, the Court remanded this action to the Superior Court of California for the County of San Benito, but retained jurisdiction over the issues of 1) the amount of costs and fees to award in favor of Plaintiff Roderick F. Paul, and 2) whether Defendants Ryan Sweeney, Matt Brown and Excel Livestock, LLC are entitled to costs and fees and, if so, what amount to award. In accordance with the September 11, 2013 order, the Court will set a briefing schedule and set a hearing to resolve these outstanding issues.

Based upon the foregoing, it is HEREBY ORDERED that:

1. A hearing on the issues of costs and fees shall take place on Wednesday, October 2, 2013 at 10:00 a.m. in Courtroom 9 (SAB) before United States Magistrate Judge Stanley A. Boone;

2. On or before September 18, 2013, Plaintiff Roderick F. Paul shall file a brief on the issue of the amount of costs and fees to be awarded to him;

1

3. On or before September 18, 2013, Defendants Ryan Sweeney, Matt Brown and Excel Livestock, LLC shall file a brief on whether they are entitled to costs and fees and, if so, what amount to award; and

4. Any party who opposes Plaintiff Roderick F. Paul's request for costs and fees or Defendants Ryan Sweeney, Matt Brown and Excel Livestock, LLC's request for costs and fees shall file an opposition brief on or before September 25, 2013.

IT IS SO ORDERED.

Dated: **September 11, 2013**

UNITED STATES MAGISTRATE JUDGE

2