# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK F. PAUL,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN CUBIBURU. et al.,<br><br>    Defendants. | Case No. 1:13-cv-00765-AWI-SAB<br><br>ORDER TAKING MATTER UNDER SUBMISSION |

On September 12, 2013, the Court scheduled a hearing on the matter of costs for October 2, 2013 at 10:00 a.m. in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone. (ECF No. 37.) Briefing on the matter was to be submitted by September 18, 2013 with any opposition to the requests for costs submitted by September 25, 2013. No opposition to the requests for costs was filed by any party.

Pursuant to Local Rule 230(g), the Court finds that the matter is suitable for decision without oral argument. Accordingly, the matter is deemed submitted upon the record and briefs on file. A written order on the requests for costs will be issued shortly.

///

///

///

///

1

1      Based upon the foregoing, it is HEREBY ORDERED that the hearing on the matter of
2 costs scheduled for October 2, 2013 at 10:00 a.m. in Courtroom 9 (SAB) before Magistrate
3 Judge Stanley A. Boone is VACATED and the parties shall not appear at that time.

IT IS SO ORDERED.

Dated: **September 30, 2013**

UNITED STATES MAGISTRATE JUDGE